FILED
IN CLERKS OFFICE
2022 MAR 14 AM 11: 30
U.S. DISTRICT COURT
DISTRICT OF MASS.

Gerald Jones
5 Paul X Tivnan Drive
West Boylston, Ma - 01583

Clerk
U.S. District Court
1 Courthouse Way
Boston, Ma - 02210

Re: Docket Complaint Jones v. Christian

To whom it may concern,

Please file and docket the enclosed above captioned complaint and kindly send me the docket sheet.

Thank you

Yours truly,

Gerald Jones

3-12-22

UNITED STATES DISTRICT COURT
of
MASSACHUSETTS

Gerald Jones, pro se
—vs—

Attorney, Robert B. Christian, Advocate, Sharlese Horton, Executive Director, Dominique Morgan, Black & Pink, and others,

TORT
28 USC § 1346 (2012)
and
Breach of Contract

The Plaintiff at all times mentioned in this complaint is a pretrial detainee, disabled Aboriginal Black American. And a client of Black and Pink and Attorney Robert B. Christian. And Sharlese Horton and her executive director. Who neglected, abandoned

and abused Plaintiff and his sick elderly Mother Frances Jones. In violation of Federal and State Tort, Negligence, Breach of Contract, Vicarious liability and failure to properly supervise and train.

FACTS:

1- The Plaintiff suffers from severe TMJ-lock Jaw, Tardive Dystonia, Tardive oral dyskinesia, Bipolar, Post Traumatic Stress, Anxiety, and Depression untreated.

2- Plaintiff was given a compassionate Release February 5, 2021 to attend Passages, Get Medical treatment and GPS monitoring. Which he thoroughly complied with and obtained temporary housing.

3- Plaintiff Right to Counsel and his Two Personal Recognizances were Revoked on April 27, 2021. For not attending and Completing Passages,

where abouts unknown, violation of GPS monitoring and failure to get medical treatment as a condition of release. And Attorney Joseph F. Hennessey called him a "nigger piece of shit" and was allowed to withdraw without explaining why, only that there was a "failure to communicate" thereby abandoning plaintiff. Where upon Attorneys Donald Brisson and Peter M. Murphy refuse to represent plaintiff making similar racial and derogatory remarks to plaintiff refusing to file "McCarthy" motion or argue a motion to dismiss under Commonwealth v. Eric Norman which forbids GPS monitor for pretrial detainees and both refused to object to the perjury and fraud by the prosecutor claiming that plaintiff didn't comply with GPS monitor, where abouts unknown, didn't get medical treatment and didn't have a surgery appointment with Doctor Phang at Tufts Dental the same day he was deprived of his liberty ignoring the two Zoom conferences plaintiff conducted with District and Superior Court with the Director of Passages on February 18, 2021. Nor would they obtain readily available

medical records to disprove the fraud and perjury on the court by assistant D.A. Lisa Casella, Donna Marie-Horan and Jane A. Sullivan and Ellyn H. Lazar, or that I shouldn't have been held as dangerous under MGLC 58A based on Domestic Abuse charges he was acquitted or Appeal his Bail compelling Plaintiff to Appeal pro se: Motion to Authenticate the Record", "Petition for Emergency Appellate Review and appointment of Counsel," " Judicial Tyranny Daniel Wrenn, Malicious Impropriety of ADA Jane A. Sullivan, Donna Marie-Horan, CPCS Jaquelin Dotton and Mathew W. Gilbert," "Petition for Relief from Usurpation of Judge J. Frenier's Court Order by Judge Daniel Wrenn," "Addendum to petitioner's Petition for Emergency Appellate Review And Appointment of Counsel," "Petition in Mandamus and Appropriate Relief," "Petition for Appropriate Release", "Petition for Emergency Appellate Review", "Motion for Private Investigator," "Motion to Reinstate Personal Recognizance and Appointment of Conflict free Counsel", "Motion for Reconsideration of Bail", - While Plaintiff had to suffer the painful, humilliation of being

unable to talk and forced to communicate in writing, and go without counsel for months. Then all "3" attorneys withdrawing and abandoning him falsely claiming "a failure to communicate" without an explanation. And obtained funds for a social worker and a psychiatrist then abandoning him.

4. Defendant Robert B. Christian was assigned to Represent Plaintiff in November and Refused to appeal Plaintiffs bail, File a Mccarthy Motion, obtain A Investigator, Refused to object to the Prosecutors Repeated Perjury and Fraud on the Court exactly like the "3" previous attorneys, Refuse to address my need for medical Treatment and my Bail Appeal. Told me that I would be Released back to my bed at 11 Green Street secured by Shartese Horton but lied and never told the Court and failed to address Plaintiff getting a Hate Crime assault and injuries by Cook officers. Then abandoned Plaintiff

just like the "3" previous attorneys falsely claiming a "failure to communicate" and withdrew only after he obtained funds for a social worker and a pyschiatrist.

5. Defendant Shaklese Horton Repeatedly promised to have Black & Pink bail Plaintiff out and get him back into secured housing with them, And to appear in court with him but never did. And berated and verbally abused him and his mother telling his mother "don't call here no fucking more because nobody wants to represent your son!"

The acts and omission of the Defendants amounted to gross and obvious negligence and deliberate abuse, which amounted to mental, emotional and physical pain for the Plaintiff and his mother. In part do to Defendant Shaklese Horton being untrained properly or supervised and professionally educated to address the sensitive needs of the Plaintiff. As a Result

Dominique Morgan Executive Director of Black & Pink are vicarious liable for the pain and suffer she inflicted.

Demand:

Jury Trial -

Damage -

1,000,000 in punitive and Compensatory damages.

Respectfully submitted

*[signature]*

3-12-22