UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jones,<br>      Plaintiff,<br><br>    V.<br><br>Christian, et al.,<br>      Defendants, | CIVIL ACTION<br><br>NO. 22-CV-40027-TSH |

### ORDER OF DISMISSAL

**Hillman, D. J.**

In accordance with the Court's Order issued on 4/12/22, it is hereby ORDERED that the above-entitled complaint be and hereby is dismissed.

By the Court,

| | |
|---|---|
|    4/12/22    | /s/ Martin Castles |
| Date | Deputy Clerk |